IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TREVOR BROERMAN                                                                                       PLAINTIFF

V.                                                               CIVIL ACTION NO. 3:23-cv-00090-HTW-LGI

NURSE MARY JOE, ET AL.                                                                       DEFENDANTS

ORDER REQUIRING PLAINTIFF TO RESPOND

*Pro se* Plaintiff Trevor Broerman ("Plaintiff") brings this civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiff is a prisoner at the Lauderdale County Detention Facility in Meridian, Mississippi. He is proceeding *in forma pauperis*. Plaintiff names Nurse Mary Joe Unknown, Nurse Daphne Unknown, Major Unknown McCarter, and John Doe, medical provider of Lauderdale County Jail as Defendants. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to edit the docket to reflect that the Defendants are: (1) Nurse Mary Joe Unknown; (2) Nurse Daphne Unknown; (3) Major Unknown McCarter; and (4) John Doe, medical provider of Lauderdale County Jail.

**IT IS FURTHER ORDERED** that on or before May 18, 2023, Plaintiff shall file a written response to answer the following questions:

(a) How did Nurse Mary Joe Unknown allegedly violate your constitutional rights?

(b) What is Nurse Mary Joe's full name?

(c) How did Nurse Daphne Unknown allegedly violate your constitutional rights?

(d) What is Nurse Daphne's full name?

(e) How did Major McCarter allegedly violate your constitutional rights?

(f) What is Major McCarter's full name?

(g) How did John Doe (medical provider) allegedly violate your constitutional rights?

(h)  What is the full name of John Doe, medical provider at Lauderdale County Jail?

(i)  Are there any corrections or revisions to the individuals named as Defendants in this civil action?  If your answer is yes, clearly state the full name of each person you are naming as a Defendant in this civil action.

The Court warns Plaintiff that if he fails to fully comply with this Order in a timely manner or if he fails to advise the Court of a change of address, the Court will dismiss this case.

**SO ORDERED AND ADJUDGED,** this the 27th day of April, 2023.

s/ *LaKeysha Greer Isaac*
UNITED STATES MAGISTRATE JUDGE