IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TREVOR BROERMAN                                                                           PLAINTIFF

V.                                            CIVIL ACTION NO. 3:23-cv-00090-HTW-LGI

NURSE MARY JOE, ET AL.                                                DEFENDANTS

ORDER

*Pro se* Plaintiff Trevor Broerman ("Plaintiff") brings this civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at the Lauderdale County Detention Facility in Meridian, Mississippi. He is proceeding *in forma pauperis*. On May 3, 2023, Plaintiff filed a Response [7] to the Court's Order [6] for information regarding the named Defendants. In his Response [7], Plaintiff voluntarily dismisses Defendant Major McCarter and replaces Defendant John Doe, medical provider at Lauderdale County Jail with Southern Health Partners. Plaintiff also provides the full names of the remaining Defendants. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to edit the docket to reflect that:

(1) Defendant Nurse Mary Joe Unknown is Nurse Mary Joe Robinson;

(2) Defendant Nurse Daphne Unknown is Nurse Daphne Barr;

(3) Defendant John Doe is Southern Health Partners; and

(4) Plaintiff voluntarily dismisses Major McCarter as a Defendant.

**SO ORDERED AND ADJUDGED,** this the 12th day of July, 2023.

                                                         s/ *LaKeysha Greer Isaac*
                                                   UNITED STATES MAGISTRATE JUDGE