**CLERK, U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS



ZIP 39201
02 7H
0006088191
$ 000.63
JUL 12 2023

**Special Mail — Open
in the presence of the inmate**



RECEIVED
JUL 24 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Trevor Broerman
Lauderdale County Detention Center
2001 5th Street
Meridian, MS 39301



NIXIE        392   FE 1         0007/22/23
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 39201502825      *1366-05996-12-40

**Other Orders/Judgments**
3:23-cv-00090-HTW-LGI
Broerman v. Joe et al

ADMINISTRATIVE,LGI

## U.S. District Court

## Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 7/12/2023 at 2:07 PM CDT and filed on 7/12/2023
**Case Name:**        Broerman v. Joe et al
**Case Number:**      3:23-cv-00090-HTW-LGI
**Filer:**
**Document Number:** 9

**Docket Text:**
**ORDER- It is hereby, ORDERED that the Clerk of Court is directed to issue a Notice of Lawsuit and Request to Waive Service of a Summons for Defendants. The Defendants are directed to file a signed Waiver form or a Response, within 30 days. Signed by Magistrate Judge LaKeysha Greer Isaac on 7/12/2023 (Attachments: # (1) Notice of Lawsuit-Nurse Mary Joe Robinson, Nurse Daphne Barr, and Southern Health Partners, # (2) Waiver of Service-Nurse Mary Joe Robinson, Nurse Daphne Barr, and Southern Health Partners)(LAT)**


**3:23-cv-00090-HTW-LGI Notice has been electronically mailed to:**

**3:23-cv-00090-HTW-LGI Notice has been delivered by other means to:**

Trevor Broerman
Lauderdale County Detention Center
2001 5th Street
Meridian, MS 39301

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=7/12/2023] [FileNumber=6554806-0
] [6963fa847e303a1411730ffa83978ee02271c528329014088f67871aa5bec29acba
2aafd2fc58f0e1915e5407b6d225afed6910b6d9298b0a9a932ab7b353aca]]
**Document description:** Notice of Lawsuit-Nurse Mary Joe Robinson, Nurse Daphne Barr, and Southern Health Partners
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=7/12/2023] [FileNumber=6554806-1
] [9b75e600252f3abe56d5a58fa5ebfedd1d43f37b7dd88d7a4542eda9fc9e7813c3c
10b5a5261c633bcf26fb9da6ea75ea0afc38effa90b7cc6f7f6c86b6e69a4]]
**Document description:** Waiver of Service-Nurse Mary Joe Robinson, Nurse Daphne Barr, and Southern Health Partners

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TREVOR BROERMAN                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:23-cv-90-HTW-LGI

NURSE MARY JOE ROBINSON,
NURSE DAPHNE BARR, and
SOUTHERN HEALTH PARTNERS                                                        DEFENDANTS

ORDER

BEFORE THE COURT is *pro se* Plaintiff Trevor Broerman's ("Plaintiff") Complaint pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at the Lauderdale County Detention Center ("LCDC"), and he is proceeding *in forma pauperis*. *See* Order [5]. The named Defendants are Mary Joe Robinson, a Nurse at the LCDC; Daphne Barr, a Nurse at the LCDC; and Southern Health Partners, the medical provider for LCDC. After liberal review of Plaintiff's Complaint [1] and Response [7], it is hereby,

ORDERED:

1. That the Clerk of Court is directed to issue a *Notice of Lawsuit and Request to Waive Service of a Summons* for Defendants. The Clerk is directed to attach a copy of this Order, a copy of Plaintiff's Complaint [1], Plaintiff's Response [7], and a copy of Order [8] to the issued *Notice* and accompanying *Waiver of the Service of Summons* form and send via first class mail to Defendants, c/o Attorneys R. Mark Hodges and Charles E. Cowan; Wise, Carter, Child & Caraway, PA, P.O. Box 651, Jackson, MS 39201. **The Defendants are directed to file a signed *Waiver* form or a *Response*, within 30 days.**

If counsel is receiving this Order and is unable to execute a *Waiver* for a Defendant because the Defendant is not employed by the entity that counsel represents or because, after due

diligence, counsel is unable to identify the Defendant from the *Notice,* Complaint, and other documents attached to the *Notice*, a separate Response should be filed. The Response, from counsel, should contain the name of the Defendant and, if previously employed, by the entity counsel represents, the Response should contain the Defendant's last known address. If the Response contains a last known address, it is directed to be filed under seal.

2.  That Defendants shall file their answer or other responsive pleading in this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

3.  **That Defendants shall file any dispositive motions for failure to exhaust administrative remedies within 30 days of filing their answer.**

4.  That discovery is stayed until further Order of this Court.

5.  That subpoenas shall not be issued except by Order of the Court. The United States District Clerk shall not issue subpoenas upon request of the pro se litigant but shall instead forward the request to the Magistrate Judge assigned to this cause for review. The Plaintiff shall submit all requests for the issuance of subpoenas to the Magistrate Judge's office.

Plaintiff should understand that this Order allowing process to issue against the Defendants does not reflect any opinion of this Court that the claims contained in the Complaint will or will not be determined to be meritorious.

It is Plaintiff's responsibility to prosecute this case. Failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.

SO ORDERED AND ADJUDGED this the 12th day of July, 2023.

s/ *LaKeysha Greer Isaac*
UNITED STATES MAGISTRATE JUDGE