# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**TREVOR BROERMAN**                                                                     **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 3:23-cv-90-HTW-LGI**

**NURSE MARY JOE ROBINSON, ET AL.**                              **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is the Report and Recommendation [ECF No. 21] of United States Magistrate Judge LaKeysha Greer Isaac.  In her Report and Recommendation, filed on November 14, 2023, Magistrate Judge Isaac recommended that Defendants' Motion to Dismiss [ECF No. 16] be granted for Plaintiff's failure to prosecute.  Magistrate Judge Isaac directed the parties to file any objections within fourteen (14) days.  To date, there has been no objections filed.

Based upon the findings and recommendation contained in the Report and Recommendation, the Court finds it well-taken and hereby **ADOPTS** the Report and Recommendation [ECF No. 21] of the Magistrate Judge as the Order of this Court.

This Order, commensurately, hereby **GRANTS** Defendants' Motion to Dismiss [ECF No. 16] and **DISMISSES** this lawsuit **WITHOUT PREJUDICE**.

**SO ORDERED** this the 18th day of December, 2023.

                                                  s/HENRY T. WINGATE
                                                  UNITED STATES DISTRICT JUDGE